# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

-vs-                                                              Case No. 3:21-CR-130
                                                                          Judge Thomas M. Rose

**ELESTER ROBINSON,**

      **Defendant.**

---

### ENTRY AND ORDER DENYING MOTION TO REVOKE DETENTION ORDER

---

On November 18, 2021, the Court heard Defendant's Motion to Revoke Detention Order pursuant to 18 U.S.C. 3145(c) in open court at which arguments of Counsel were made.

After a consideration of those presentations, a review of the record in this case, and the factors in 18 U.S.C. 3142 (g), the Court finds, by clear and convincing evidence no condition or combination of conditions that will reasonably assure the safety of any other person and the community, or reasonably assure the appearance of the Defendant as required. Therefore, Defendant's Motion to Revoke Detention Order pursuant to 18 U.S.C. 3145(c) is **DENIED**.

**DONE** and **ORDERED** in Dayton, Ohio, this 19th day of November 2021.

                                                              *s/Thomas M. Rose*

                                                              _____

                                                              THOMAS M. ROSE, JUDGE
                                                              UNITED STATES DISTRICT COURT